**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION — DETROIT**

IN THE MATTER OF:                                    CHAPTER 13
BLADIMIR DIAZ,                                        CASE NO. 16-56038-MAR
DEBTOR.                                              JUDGE MARK A RANDON
_____/

### STIPULATION ADJOURNING SECTION 341 MEETING OF CREDITORS

The Debtor has made a request to adjourn the originally scheduled Section 341 Meeting of Creditors. The Chapter 13 Trustee, having reviewed same and agreeing that the request for such an adjournment is reasonable, hereby agrees to same pursuant to the following conditions:

IT IS HEREBY STIPULATED that the originally scheduled Section 341 Meeting of Creditors shall be adjourned to a new date as indicated below, the same to be conducted at 211 West Fort Street, Detroit, Michigan 48226.

DEBTOR ORIENTATION:        **NA**              TIME:   **NA**

NEW 341 DATE:              **02/03/17**        TIME:   **10:00 AM control**

                                                        **date**

IT IS FURTHER STIPULATED that the deadline for filing objections to the confirmation of the plan is 21 days from the date the adjourned Section 341 Meeting of Creditors is held.

IT IS FURTHER STIPULATED that the confirmation date as previously scheduled shall remain the same.

IT IS FURTHER STIPULATED that Debtor shall serve 2014 tax return on the Trustee's

office, on or before 01/27/17, and that if not completed by the date specified, the

debtor shall attend the adjourned 341 hearing.


/s/Krispen S Carroll
Krispen S. Carroll (P49817)
Margaret Conti Schmidt (P42945)
Maria Gotsis (P67107)
Chapter 13 Trustee
719 Griswold, Suite 1100
Detroit, MI 48226
313/962-5035
notice@det13ksc.com

/s/ Elaine Niforos
FREE BANKRUPTCY EVALUATION
(P49016)
24725 W 12 Mile Rd Ste 110
Southfield, MI 48034-0000
248/945 1111
lselvidge@savedme.com