| | | |
|---|---|---|
| Label Matrix for local noticing<br>0645-2<br>Case 16-56038-mar<br>Eastern District of Michigan<br>Detroit<br>Fri Dec  2 11:07:52 EST 2016 | AMCOL Systems, Inc.<br>Amcol Systems, Inc.<br>Po Box 21625<br>Columbia, SC 29221-1625 | Allstate Credit Bureau<br>Attn: Bankruptcy<br>19315 West 10 Mile Road<br>Southfield, MI 48075-6596 |
| Bank Of America<br>Nc4-105-03-14<br>Po Box 26012<br>Greensboro, NC 27420-6012 | Capital  One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One<br>Attn: Bankruptcy Dept<br>Po Box 30258<br>Salt Lake City, UT 84130-0258 |
| Krispen S. Carroll<br>719 Griswold<br>Suite 1100<br>Detroit, MI 48226-3314 | Chase Auto Finance<br>National Bankruptcy Dept<br>201 N Central Ave Ms Az1-1191<br>Phoenix, AZ 85004-1071 | Chase Card<br>Attn: Correspondence<br>Po Box 15298<br>Wilmington, DE 19850-5298 |
| Chase Card Services<br>Correspondence Dept<br>Po Box 15278<br>Wilmington, DE 19850-5278 | Credit Union One<br>Attn:Administrative Svcs/Bankruptcy<br>400 E 9 Mile Rd<br>Ferndale, MI 48220-1774 | Datasearch Inc<br>85 Ne Loop 410<br>Ste 575<br>San Antonio, TX 78216-5892 |
| Bladimir Diaz<br>35451 Townley Dr<br>Sterling Heights, MI 48312-3652 | Extra Credit Union<br>6611 Chicago Rd<br>Warren, MI 48092-1685 | Hsbc/artvn<br>Attention: HSBC Retail Services<br>Po Box 5264<br>Carol Stream, IL 60197-5264 |
| PNC Bank<br>Attn: Bankruptcy<br>249 5th Ave Ste 30<br>Pittsburgh, PA 15222-2707 | Lori B. Selvidge<br>24725 W. Twelve Mile Rd.<br>Ste. 110<br>Southfield, MI 48034-8345 | Target<br>C/O Financial & Retail Srvs<br>Mailstopn BT POB 9475<br>Minneapolis, MN 55440-9475 |
| Transworld System Inc<br>2235 Mercury Way<br>Ste 275<br>Santa Rose, CA 95407-5463 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Sterling Woods Condominum

End of Label Matrix
Mailable recipients    18
Bypassed recipients     1
Total                  19